# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158557 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MONTEZ STOVALL,
       Defendant-Appellant.

SC: 158557
COA: 342440
Wayne CC: 92-000334-FC

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the August 23, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



d0612

                       Clerk